CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 5 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL MAYO,<br>    Plaintiff, | Civil Action No. 7:06-cv-00280 |
| v. | **FINAL ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |
| JUANITA MORRIS, et al.,<br>    Defendants. | By: Hon. Samuel G. Wilson<br>United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED** that:

(1) Plaintiff's objections shall be and hereby are **OVERRULED**;

(2) The court **ADOPTS** the conclusions in the Report and Recommendation submitted by the Hon. Michael F. Urbanski, United States Magistrate Judge;

(3) The defendants' motion for summary judgment is **GRANTED**, and plaintiff's suit is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order to the plaintiff and to counsel for the defendants.

**ENTER**: This 5th day of January, 2007.

United States District Judge